**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-6548

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RANDELL BRICE HARRIS, a/k/a Randall Brice Harris,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:94-cr-00012-MOC-2)

Submitted:  February 13, 2024            Decided:  February 16, 2024

Before NIEMEYER and KING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randell Brice Harris, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randell Brice Harris appeals the district court's orders denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release and his motion for reconsideration. We review a court's order denying a compassionate release motion for abuse of discretion. *United States v. Brown*, 78 F.4th 122, 127 (4th Cir. 2023) (stating standard of review). We have reviewed the record and conclude that the court did not abuse its discretion. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*